**Larnell HENDRICK, Plaintiff–Appellant,**

**v.**

**Ms. BOOTH, Associate Psychologist, Individual and Official Capacity; William Bohrer, Security Chief, Individual and Official Capacity, Defendants–Appellees.**

No. 15-8024

United States Court of Appeals, Fourth Circuit.

Submitted: June 10, 2016

Decided: June 14, 2016

Larnell Hendrick, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larnell Hendrick appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hendrick v. Booth, No. 8:14–cv–04021–TDC, 2015 WL 8055172 (D.Md. Dec. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.